UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 29 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| KATHARINE B. MILLER,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>UNITED STATES FOREST SERVICE and FRANCIS SHERMAN, Forest Supervisor, Tongass National Forest,<br><br>Defendants - Appellees. | No. 26-4415<br><br>D.C. No. 1:24-cv-00013-SLG<br>District of Alaska, Juneau<br><br>ORDER |

Before: Lisa B. Fitzgerald, Appellate Commissioner.

The motion (Docket Entry No. 3) for appointment of pro bono counsel is granted. After securing counsel, the court will set a new briefing schedule.